| Case No.: | 19-43035 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | OAKEY, DEAN SCOTT AND OAKEY, JANIS ANN | | Date Filed (f) or Converted (c): | 03/04/2019 (f) |
| For the Period Ending: | 12/31/2019 | | §341(a) Meeting Date: | 04/10/2019 |
| | | | Claims Bar Date: | 07/17/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| Ref. # | | | | | | |
| 1 | 1275 N. Channel Drive, Harsens Island, MI 48028-0000 Saint Clair | $272,600.00 | $0.00 | | $0.00 | FA |
| 2 | Audi Q5 2012 | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | Ski Doo 2008 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Yamaha jet ski 2008 | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc Household goods | $5,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2 dogs, 2 cats | $2.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Huntington Bank 4064 estimated balance at time of filing | $961.04 | $3,000.00 | | $1,250.00 | $1,750.00 |
| Asset Notes: | Order for turnover of Non-exempt property entered on 7/25/19, docket #80. Motion to compel turnover of non-exempt property, docket #59 filed on 6/18/19 & docket #77 filed on 7/23/19 | | | | | |
| 9 | Checking BOA estimated balance at time of filing | $2,300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset included in asset #8. | | | | | |
| 10 | Checking Huntington Bank 8148 estimated balance at time of filing | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset included in asset #8. | | | | | |
| 11 | Chase Bank 5272 estimated balance at time of filing | $199.64 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset included in asset #8. | | | | | |
| 12 | Dean S. Oakey Consulting sole proprietor. This is a personal service I consulting business of Debtor Husband. It has no assets or accounts receivables 50%. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | CDP Management Partners, LLC upon information and belief, debts exceeds value of interest. Estimated net equity in this business is -$250,000.00 | $0.00 | $5,500.00 | | $5,500.00 | FA |
| Asset Notes: | Order to Sell Property entered on 7/1/19, docket #65. Motion to Sell Property filed on 6/10/19, docket #49. | | | | | |
| 14 | Upon information and belief debtor is owed commissions from Forbabs that may be contingent in nature. | Unknown | $0.00 | | $0.00 | FA |
| 15 | Clothes location: 1276 N. Channel Dr., Harsens Island MI 48028 (u) | $600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset added per amended schedules filed on 4/10/19, docket #22. | | | | | |
| 16 | Miscellaneous costume Jewelry Location: 1276 N. Channel Dr., Harsens Island MI 48028 (u) | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset added per amended schedules filed on 4/10/19, docket #22. | | | | | |

SUBTOTALS    $0.00    $0.00

| Case No.: | 19-43035 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | OAKEY, DEAN SCOTT AND OAKEY, JANIS ANN | | Date Filed (f) or Converted (c): | 03/04/2019 (f) |
| For the Period Ending: | 12/31/2019 | | §341(a) Meeting Date: | 04/10/2019 |
| | | | Claims Bar Date: | 07/17/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 17 | 2017 Federal Tax Refund (u) $3245 federal $58 for Michigan | $3,308.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset added per amended schedules filed on 4/17/19, docket #29. | | | | | |
| 18 | 2018 Tax refund, if any (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset added per amended schedules filed on 4/17/19, docket #29. | | | | | |
| 19 | 1998 Wells Cargo Trailer (u) | $750.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset included in asset #21. Asset added per amended schedules filed on 4/17/19, docket #29. | | | | | |
| 20 | Met Life. Debtor is unsure of (u) what asset is based. Upon information and belief, the value is based on a previously cancelled term life insurance policy and some unknown residual value. | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset added per amended schedules filed on 6/14/19, docket #56. | | | | | |
| 21 | 2005 Yamaha Jet Ski (u) | $0.00 | $2,226.00 | | $2,226.00 | FA |
| Asset Notes: | Order to sell personal property entered on 8/16/19, docket #83. Motion to sell personal property filed on 7/19/19, docket #76. | | | | | |
| 22 | 2005 Seadoo | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset included in asset #21. | | | | | |
| 23 | Adversary Case 19-04269 against (u) Brandon Oakey | $0.00 | $3,000.00 | | $1,000.00 | $2,000.00 |
| Asset Notes: | Order to Approve Compromise (Adv.19-04269) entered on 9/17/19, docket #91 Motion to Approve Compromise filed on 8/23/19, docket #87. | | | | | |

**TOTALS (Excluding unknown value)**     $293,270.68     $13,726.00     **Gross Value of Remaining Assets**     $9,976.00     $3,750.00

**Major Activities affecting case closing:**

11/11/2019    Trustee with assistance of counsel is investigating the value of assets. As a result of her efforts the Trustee has resolved a Chapter 5 cause of action against the insider of the Debtor and resolved issues with the Debtor regarding their non-exempt equity in real and personal property. Payment arrangements have been made and are current

**Initial Projected Date Of Final Report (TFR):**    03/04/2021     /s/ KAREN E. EVANGELISTA

**Current Projected Date Of Final Report (TFR):**      KAREN E. EVANGELISTA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-43035 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | OAKEY, DEAN SCOTT AND OAKEY, JANIS ANN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9672 | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | **-***9673 | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2019 | (13) | Jerome Fink | Earnest money | 1280-002 | $500.00 | | $500.00 |
| 07/01/2019 | (13) | MHS Trust DTD | Order Authorizing Sale of Membership Interest in CDP Management Partners, LLC Free and Clear of Liens P/O 7/1/19, docket #65. | 1129-000 | $1,000.00 | | $1,500.00 |
| 07/18/2019 | (13) | MHS Trust | Order Authorizing Sale of Membership Interest in CDP Management Partners, LLC Free and Clear of Liens P/O 7/1/19, docket #65. | 1129-000 | $4,500.00 | | $6,000.00 |
| 07/23/2019 | 3001 | Partnership Liquidity Investors IV, LLC | Refund of losing bid-Order Authorizing Sale of Membership Interest in CDP Management Partners P/O 7/1/19, docket #65 and mtn docket 49 paragraph 7 | 1280-002 | ($500.00) | | $5,500.00 |
| 07/23/2019 | 3002 | Partnership Liquidity Investors IV, LLC | Break up fee-Order Authorizing Sale of Membership Interest in CDP Management Partners P/O 7/1/19, docket #65 and mtn docket 49 paragraph 7 | 2500-002 | | $500.00 | $5,000.00 |
| 07/31/2019 | (8) | Dean Oakey | Order Resolving Trustee's Motion to Compel Debtors to Turnover Non-Exempt Property of the Estate P/O 7/25/19, docket #80. | 1129-000 | $250.00 | | $5,250.00 |
| 09/10/2019 | | Repocast | Order to Approve Compromise filed on 8/6/19, docket #83. | * | $2,226.00 | | $7,476.00 |
| | {21} | | Gross Sale Price $2,100.00 | 1229-000 | | | $7,476.00 |
| | {21} | | Buyer's Premium of 6% $126.00 due to Trustee that we will bill for | 1229-000 | | | $7,476.00 |
| 09/10/2019 | (8) | Dean Oakey | Order Resolving Trustee's Motion to Compel Debtors to Turnover Non-Exempt Property of the Estate P/O 7/25/19, docket #80. | 1129-000 | $250.00 | | $7,726.00 |
| 09/17/2019 | 3003 | Repocast Inc. | Order Authorizing Payment of Ex Parte Final Application of Repocast.com, Inc., d/b/a Repocast For Award of Fees of Auctioneer For Trustee P/O 9/11/19, docket #89. | 3610-000 | | $294.00 | $7,432.00 |
| 09/18/2019 | (23) | Dean Oakey | Order to Approve Compromise (Adv.19-04269) entered on 9/17/19, docket #91 | 1241-000 | $250.00 | | $7,682.00 |
| | | | **SUBTOTALS** | | $8,476.00 | $794.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 19-43035 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | OAKEY, DEAN SCOTT AND OAKEY, JANIS ANN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9672 | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | **-***9673 | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2019 | (8) | Dean Oakey | Order Resolving Trustee's Motion to Compel Debtors to Turnover Non-Exempt Property of the Estate P/O 7/25/19, docket #80. | 1129-000 | $250.00 | | $7,932.00 |
| 10/28/2019 | (23) | Dean Oakey | Order to Approve Compromise (Adv.19-04269) entered on 9/17/19, docket #91 | 1241-000 | $250.00 | | $8,182.00 |
| 11/04/2019 | (8) | Dean & Janis Oakey | Order Resolving Trustee's Motion to Compel Debtors to Turnover Non-Exempt Property of the Estate P/O 7/25/19, docket #80. | 1129-000 | $250.00 | | $8,432.00 |
| 11/26/2019 | (23) | Brandon Oakey | Order to Approve Compromise (Adv.19-04269) entered on 9/17/19, docket #91 | 1241-000 | $250.00 | | $8,682.00 |
| 12/10/2019 | (8) | oAKEY | Order Resolving Trustee's Motion to Compel Debtors to Turnover Non-Exempt Property of the Estate P/O 7/25/19, docket #80. | 1129-000 | $250.00 | | $8,932.00 |
| 12/23/2019 | (23) | Brandon Oakey | Order to Approve Compromise (Adv.19-04269) entered on 9/17/19, docket #91 | 1241-000 | $250.00 | | $9,182.00 |
| | | | **TOTALS:** | | $9,976.00 | $794.00 | $9,182.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,976.00 | $794.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,976.00 | $794.00 | |

| For the period of 01/01/2019 to 12/31/2019 | | For the entire history of the account between 05/14/2019 to 12/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,976.00 | Total Compensable Receipts: | $9,976.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,976.00 | Total Comp/Non Comp Receipts: | $9,976.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $294.00 | Total Compensable Disbursements: | $294.00 |
| Total Non-Compensable Disbursements: | $500.00 | Total Non-Compensable Disbursement | $500.00 |
| Total Comp/Non Comp Disbursements: | $794.00 | Total Comp/Non Comp Disbursement | $794.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-43035 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | OAKEY, DEAN SCOTT AND OAKEY, JANIS ANN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9672 | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | **-***9673 | | Account Title: | |
| For Period Beginning: | 01/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $9,976.00 | $794.00 | $9,182.00 |

**For the period of 01/01/2019 to 12/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,976.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,976.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $294.00 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $794.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/14/2019 to 12/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $9,976.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,976.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $294.00 |
| Total Non-Compensable Disbursements: | $500.00 |
| Total Comp/Non Comp Disbursements: | $794.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA